UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                                 File no. 1:12-CR-42

v.

                               HON. ROBERT HOLMES BELL

REUBEN OLSON, III,

       Defendant.
                               /

## ORDER SETTING PRETRIAL AND JURY TRIAL

      IT IS HEREBY ORDERED that jury trial in this matter shall commence on **April 16, 2012 at 9:00 a.m.** at 60l Ford Federal Building, Grand Rapids, MI, 49503.[1]

      IT IS FURTHER ORDERED that a final pretrial conference shall be held on **April 6, 2012 at 10:30 a.m.** at 60l Ford Federal Building, Grand Rapids, MI, 49503.  The attendance of the defendant at the final pretrial is required.

      All pending motions shall be heard at the time of pre-trial on **April 6, 2012 at 10:30 a.m.**

      IT IS FURTHER ORDERED that at the final pretrial conference the parties shall:

      l.     Agree upon admissibility of exhibits (if possible) which shall have been previously marked for identification.

      2.     Any party intending to introduce into evidence summaries pursuant to FED. R. EVID. 1006 must make available at or before the final pretrial conference

---

[1] A list of criminal cases set for trial on this date can be found on the court's website, which is: www.miwd.uscourts.gov.  The list will be found under "Public Notices."

        copies of all such summaries and duplicates of the supporting documents summarized.

3. Agree upon the qualifications of expert witnesses.

4. Enter into stipulations of uncontested facts.

5. Submit proposed voir dire questions and trial briefs (optional with defendant).

6. Discuss any legal issues which may arise during the course of trial.

7. Discuss jury instructions. This Court uses the Sixth Circuit's Pattern Criminal Jury Instructions (West Publishing).

8. Advise the court of the status of any plea negotiations.


Date: February 15, 2012         /s/ Robert Holmes Bell
        ROBERT HOLMES BELL
        UNITED STATES DISTRICT JUDGE