UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CASE NO. 1:12-CR-10

RUEBEN OLSON, III,                            HON. ROBERT HOLMES BELL

    Defendants.
_____/

### ORDER GRANTING MOTIONS FOR ENDS OF JUSTICE CONTINUANCE

Before the Court is Defendant's motion for ends of justice of continuance of the final pretrial scheduled for **September 7, 2012** and trial scheduled for **September 17, 2012,** (Dkt. No. 30).  Defense counsel is co-chair in another trial scheduled before this Court on the same day in the matter of *United States v. James Dean Williams*, Case No. 1:12-CR-10.  Additional time is requested for defense counsel to complete the investigation in this matter, prepare motions, and prepare for trial.  Counsel for the government has advised that he does oppose the request and the defendant has filed a waiver of his speedy trial rights.

NOW THEREFORE, The Court finds that the ends of justice served by the granting of Defendant's motion to adjourn outweighs the best interest of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED, pursuant to Fed.R.Crim.P. § 3161(h)(8)(A), an ends of justice continuance is hereby **GRANTED** based on defendant's motion (Dkt. No 30).  The final pretrial conference is rescheduled to **October 11, 2012 at 8:45 a.m.** and Jury Trial is rescheduled

to **October 22, 2012 at 9:00 a.m.,** Courtroom 601 Ford Federal Building, 110 Michigan Ave. NW, Grand Rapids, MI 49503. The motion filing deadline is extended to **September 28, 2012.**

    IT IS SO ORDERED.


Dated: August 10, 2012                                         /s/ Robert Holmes Bell
                                                                         ROBERT HOLMES BELL
                                                                         UNITED STATES DISTRICT JUDGE